

1

2

3

**FILED**
DISTRICT COURT OF GUAM

OCT 1 4 2009 

## Statute of Limitations

21 Finally, petitioners are attempting to challenge the underlying tax liability. *See* Petition, page 1.

22. Petitioners are precluded from challenging the underlying tax liability as they are outside the statute of limitations for filing such an action.

23. Petitioners were issued a Notice of Deficiency over two years ago on July 5,

1    24.    Petitioners had until approximately October 5, 2007 to file suit in the U.S.

2    District Court.

3    25.    Petitioners failed to timely file a petition in the District Court and are now