Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| DENNIS G. AND ASUNCION S. RODRIGUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GOVERNMENT OF GUAM AND ARTEMIO B. ILAGAN IN HIS CAPACITY AS DIRECTOR DEPARTMENT OF REVENUE AND TAXATION, <br><br> Defendants. | Civil Case No. CV 09-00025 <br><br> **MOTION TO EXTEND TIME TO ANSWER INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26(c)(1)(B) and 33(b)(2) Defendants move to extend the deadline for answer Plaintiffs' Interrogatories by one week.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants were served with Plaintiffs' Interrogatories on April 8, 2010. Therefore, responses are due on May 10, 2010. The Interrogatories request a list of every document

---

1
*Motion to Extend Time to Answer Interrogatories*
Dennis and Asuncion Rodriguez vs. GovGuam, Case No. CV09-00025

Defendants will use at trial, tax procedures and the testimony of every Defense witness. Most of the requests are reasonable, but they are also voluminous.

The father of counsel's usual secretary died and counsel has therefore been without a secretary for three weeks. This has greatly hindered filing and indexing of the documents which Plaintiff's Interrogatory No.6 asks him to catalog and describe the relevance of. There are dozens of relevant documents, as one might expect in a tax appeal.

Counsel's office has somehow misplaced the pleadings file portion of the case file, but counsel believes that it will be found when his secretary returns to work on May 10, 2010. Approximately two weeks ago, the Department of Revenue and Taxation disclosed to counsel for the first time that there was an additional file of documents.

Interrogatory No. 5 requests that all relevant conversations involving the Director of DRT, the Governor of Guam, the Governor's Chief of Staff, John P. Camacho and the Plaintiff's family be identified as to date, time and location as well as substance. Plaintiff has done the necessary interviews and possesses the information, but has not yet formulated the answer to the Interrogatory.

To sum up, Defendant Government of Guam will not be able to respond fully to the Interrogatories on May 10, 2010. Therefore, the government moves for an extension of one week to May 17, 2010 in which to answer.

FRCP 30(c)(1)(B) authorized a party to seek a protective order regarding the time and place for discovery. FRCP 33(b)(2) provides that the court may order a different time for responding to discovery. Defendants do not believe a small delay will prejudice Plaintiffs. In this case, Defendants do not object to providing discovery, but request only a continuance

2
*Motion to Extend Time to Answer Interrogatories*
Dennis and Asuncion Rodriguez vs. GovGuam, Case No. CV09-00025

Case 1:09-cv-00025   Document 62   Filed 05/06/10   Page 2 of 3

of seven days.

Dated this 6th day of May 2010.

RESPECTFULLY SUBMITTED,

*David J. Highsmith* (signature)

DAVID J. HIGHSMITH
Assistant Attorney General
Counsel for Defendants

3
*Motion to Extend Time to Answer Interrogatories*
Dennis and Asuncion Rodriguez vs. GovGuam, Case No. CV09-00025

Case 1:09-cv-00025   Document 62   Filed 05/06/10   Page 3 of 3